STATE OF NEW JERSEY v. RONALD ROCKY THOMAS.

October 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY TREADWELL.

October 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROSE MARIE RENNA.

October 18, 1972. Petition for certification denied.

MARLIN W. MOTTER, JR. v.
EASTERN STATES PLUMBING LINES, INC.

October 25, 1972. Petition and cross-petition for certification granted.

STATE OF NEW JERSEY v. STANLEY MISCAVAGE.

October 31, 1972. Petition for certification granted.